In the Matter of MARIO L. BEJASA, JR., a Disbarred Attorney. [771 NYS2d 636]—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a hearing panel for a report and recommendation, as indicated. No opinion. Concur—Buckley, P.J., Tom, Mazzarelli, Lerner and Friedman, JJ.